No. 5312.—PUEBLO, apldo., *v.* RIVERA, aplte.—C. D. Ponce. ▮▮▮ Enero 30, 1934.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, del legajo de la sentencia elevado a esta Corte con motivo de esta apelación, certificado por el Secretario, aparece que el apelante fué acusado por el fiscal del distrito de un delito de violación; que hizo la alegación de no culpable y solicitó juicio por jurado, y que celebrado el juicio el jurado lo declaró culpable y la corte dictó sentencia condenándolo a sufrir cinco años de presidio; y

POR CUANTO, en el alegato presentado por el propio acusado se sostiene que la prueba de cargo fué insuficiente para condenarlo, refiriendo él mismo en qué consistió la evidencia, pero sin que ésta se haya elevado en alguna de las formas reconocidas por la ley:

POR TANTO, no existiendo base para penetrar en el estudio de la prueba y no apareciendo del legajo de la sentencia que se cometiera error alguno, debe declararse, como se declara, sin lugar el recurso y en su consecuencia confirmarse, como se confirma, la sentencia apelada que dictó la Corte de Distrito de Ponce el 25 de septiembre de 1933.

No. 5162.—PUEBLO, apldo., *v.* WEST INDIA OIL Co., ETC., aplte.— C. D. Ponce. ▮▮▮▮ Enero 31, 1934.

Por los fundamentos consignados en la opinión emitida hoy en el caso No. 5161, *El Pueblo de Puerto Rico* v. *West India Oil Company, etc.,* sobre infracción a la sección 14 de la Ley No. 135 de Pesas y Medidas, se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce el 24 de marzo, 1933, en el caso arriba titulado.